CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2007, I caused a copy of the foregoing ANSWER AND AFFIRMATIVE DEFENSES OF MERCK & CO., INC. to be served via first-class mail, postage prepaid, on the following:

BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, PC
Wesley Chadwick Cook
P.O. Box 4160
Montgomery, AL 36103-4160

The above addresses have appeared on the prior papers in this action as the office address of the attorneys for Plaintiff.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on October 9, 2007

\_\_\_\_/s/_____
Sarah A. Binder